# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 26, 2025

## NO. 03-25-00310-CV

**Perry Ellis and Credit Medic, LLC, Appellants**

**v.**

**Nicolas Morin, Appellee**

---

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY**
**BEFORE JUSTICES TRIANA, KELLY, AND THEOFANIS**
**DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE TRIANA**

---

This is an appeal from the order signed by the trial court on May 2, 2025. Having reviewed the record, the Court holds that Perry Ellis and Credit Medic, LLC have not prosecuted their appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.